UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HAWAII SPA, INC. | § |
| | § |
| **Plaintiff,** | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. 2:21-CV-253 |
| | § |
| THE HANOVER INSURANCE | § |
| COMMPANY | § |
| | § |
| **Defendant.** | § |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Hawaii Spa, Inc., and Defendant, The Hanover Insurance Company, file this, their Joint Motion to Dismiss with Prejudice, and in support thereof, the Parties respectfully show the Court the following:

Plaintiff and Defendant have reached an agreement and no longer desire to prosecute the claims in this cause. Plaintiff and Defendant request that the Court enter an Order of Dismissal with Prejudice in this cause, with costs to be taxed against the party incurring the same.

WHEREFORE, PREMISES CONSIDERED, the Parties request that the Court enter an Order dismissing the claims with costs being taxed against the party incurring the same.

Respectfully submitted,

SLOAN HATCHER PERRY RUNGE ROBERTSON & SMITH

/s/ *Justin A. Smith*
JUSTIN A. SMITH
State Bar No. 24068415
jsmith@sloanfirm.com
101 East Whaley Street
Longview, Texas 75601
Telephone: (903) 757-7000
Facsimile: (903) 757-7574

ATTORNEYS FOR PLAINTIFF

                 PHELPS DUNBAR LLC.

                 /s/ *Peri H. Alkas* by permission
                 PERI H. ALKAS
                 State Bar No. 00783536
                 910 Louisiana St., Suite 4300
                 Houston, Texas 77002
                 Telephone:  (713) 626-1386
                 Facsimile:  (713) 626-1388
                 peri.alkas@phelps.com

                 ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Peri Alkas, attorney for Defendant, and she is agreed. Therefore this Motion is presented to the Court.

                 /s/ *Justin A. Smith*
                 JUSTIN A. SMITH

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served pursuant to the Federal Rules of Civil Procedure on this 29th day of September, 2022, on the following parties:

Peri H. Alkas
Mark C. Dodart
Phelps Dunbar, LLP
910 Louisiana, Suite 4300
Houston, Texas 77002
Peri.alkas@phelps.com
Mark.dodart@phelps.com

                 /s/ *Justin A. Smith*
                 JUSTIN A. SMITH