# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HAWAII SPA, INC., §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>THE HANOVER INSURANCE §<br>§<br>COMPANY, §<br>§<br>*Defendant*. § | Case No. 2:21-CV-00253-RSP |

## ORDER

Before the Court is the Joint Motion to Dismiss filed by Plaintiff Hawaii Spa, Inc. and Defendant The Hanover Insurance Company. Dkt. No. 27.

Having considered the Motion, and in light of its joint nature, it is **GRANTED**. Accordingly, all pending claims and causes of action in this case by and between Plaintiff Hawaii Spa, Inc. and Defendant The Hanover Insurance Company are **DISMISSED WITH PREJUDICE**. It is **ORDERED** that each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**SIGNED** this 3rd day of October, 2022.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE